

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Joshua Ellis Sutton, Appellant

No. 06-23-00197-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 23F0050-102). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by changing "Plea to Offense: NOT GUILTY" to "Plea to Offense: GUILTY." As modified, we affirm the judgment of the trial court.

We note that the appellant, Joshua Ellis Sutton, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 19, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk